# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 3:20-cv-00460-MR

| | | |
|---|---|---|
| **ADRIAN DOMINIC WATKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DARRELL BLACKMON, et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendants Brett Simmons and Darrell Blackmon's Motion to Manually File Video Recording [Doc. 36].

The pro se incarcerated filed this civil rights case Plaintiff pursuant to 42 U.S.C. § 1983. The Defendants have filed a Motion for Summary Judgment [Doc. 33] and, in the present Motion, they now seeking leave to manually file video footage in support of their Motion for Summary Judgment. [Doc. 36]. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Admin. Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for the Defendants shall provide a courtesy copy of the video footage to the Court and shall maintain the original of the video footage in their custody. Id.

Counsel for the Defendants also shall send a copy of the videos to the Plaintiff's current housing facility so that he can view them. [Doc. 36 at 2].

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Manually File Video Recording [Doc. 36] is **GRANTED** in accordance with this Order.

**IT IS SO ORDERED.** Signed: July 9, 2022

Martin Reidinger
Chief United States District Judge